# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Jill J Kratzer | | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11401  PMM |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/5/20, this case is hereby DISMISSED.

Dated: 4/24/20

_____
Patricia M. Mayer
United States Bankruptcy Judge

Missing Documents:

    Atty Disclosure Statement
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income
    Form 122C-1 & 122C-2
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106