United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 20-11401-pmm
Jill J Kratzer                                                      Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv              Page 1 of 1            Date Rcvd: Apr 24, 2020
                              Form ID: pdf900        Total Noticed: 21
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2020.
db             +Jill J Kratzer,    4136 Butternut Drive,    Walnutport, PA 18088-9364
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
14478593       +Consumer Portfolio Svc,    19500 Jamboree Rd,    Irvine, CA 92612-2411
14478594       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14496394       +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619096,   Dallas, TX 75261-9096
14481398       +Nationstar Mortgage LLC d/b/a Mr. Cooper,     C/O Rebecca A. Solarz, Esq,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14478595       +Nationstar/mr Cooper,    350 Highland,   Houston, TX 77009-6623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2020 03:06:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 25 2020 03:06:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14478591        E-mail/Text: paymentprocessing@avanteusa.com Apr 25 2020 03:06:22      Avante,
                 3600 South Gessner,    Houston, TX 77063
14484527       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2020 03:05:46
                 Capital One Bank (USA), N.A.,     4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14478592       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 25 2020 03:05:59
                 Capital One Bank Usa N,    Po Box 30281,   Salt Lake City, UT 84130-0281
14489879        E-mail/PDF: cbp@onemainfinancial.com Apr 25 2020 03:05:58     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14478596       +E-mail/PDF: cbp@onemainfinancial.com Apr 25 2020 03:05:30     Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
14480998        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 25 2020 03:05:32
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14478597       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2020 03:05:44     Syncb/amazon,   Po Box 965015,
                 Orlando, FL 32896-5015
14478598       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2020 03:05:32     Syncb/hsn,   Po Box 965017,
                 Orlando, FL 32896-5017
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14495454*      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2020 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Jill J Kratzer support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Jill J Kratzer | : | |
| Debtor | : | Bankruptcy No. 20-11401 PMM |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/5/20, this case is hereby DISMISSED.

Dated: 4/24/20

_Patricia M. Mayer_
Patricia M. Mayer
United States Bankruptcy Judge

Missing Documents:
    Atty Disclosure Statement
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income Form 122C-1 & 122C-2
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106